UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA FOX, I.E., S.E., J.E., and D.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>LORI POWELL; ADVANCED GROUP 01-75; CRESTWOOD APARTMENTS AG89-5, INC.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | **CASE NO.: 8:18-CV-00946-AG-KES**<br>*Judge: Hon. Andrew Guilford*<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*Trial Date: 5/26/20* |

///
///
///
///
///
///
///

- 1 -

**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

# ORDER

The Joint Stipulation for Dismissal of the Action with Prejudice is GRANTED.

The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 23, 2020

_____
UNITED STATES DISTRICT JUDGE